DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRENDAN LAMB,**
Appellant,

v.

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
Appellee.

No. 4D21-131

[June 10, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos. 062014SC006584AXXXCE and 062018AP019222AXCCCE.

Chad A. Barr and Virginia E. Davis Horton of the Law Office of Chad A. Barr, P.A., Altamonte Springs, for appellant.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Christopher L. Kirwan and Maria F. Pero of Kirwan Spellacy Danner Watkins & Brownstein, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, KUNTZ and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***